4998/Compt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO:

09-22924

PABLO ESPINOSA PEREA,

    Plaintiff,

vs.

AP MOELLER – MAERSK AS
d/b/a MAERSK LINE,

    Defendant.
_____/

CIV-LENARD

MAGISTRATE JUDGE
TURNOFF

## COMPLAINT

COMES NOW the Plaintiff, PABLO ESPINOSA PEREA, by and through its undersigned attorneys, and sues the Defendant, AP MOELLER – MAERSK AS d/b/a MAERSK LINE, and alleges that:

1. This is a claim of Admiralty and Maritime Jurisdiction as hereinafter more fully appears, and is an Admiralty and Maritime Claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. The Plaintiff, PABLO ESPINOSA PEREA, is an individual and resident of Lima, Peru and was the shipper and owner of the subject cargos hereinbelow described and brings this action on his own behalf and as agent and trustee on the behalf of all parties that may be or may become interested in said shipment as their respective interests may ultimately appear, and is entitled to maintain this action.

3. AP MOELLER – MAERSK AS d/b/a MAERSK LINE, (hereinafter referred to as "MAERSK"), is a foreign corporation doing business in Miami-Dade County, Florida as a common carrier of merchandise for hire and was the ocean carrier for the two shipments described below.

4. On or about June 29, 2008, the Defendant received two shipments of fresh green asparagus for ocean transportation from Paita, Peru to Los Angeles, California and issued two bills of lading. See Exhibit "A" and "B".

5. The Defendant received the subject cargos in good order and sound condition.

6. The subject cargos were delivered at destination with damages.

7. Plaintiffs have complied with all conditions precedent to the bringing of this action.

### COUNT I

The Plaintiff realleges and repeats paragraphs 1 through 7 as if set forth herein at length and alleges further that:

8. On or about June 29, 2008 the Defendant contracted and agreed to deliver 2,753 boxes of fresh green asparagus in good order and condition and as evidence of that agreement issued its Bill of Lading, MAEU 856754189 dated June 29, 2008, for container #MCHU 8511546, a copy of which is attached hereto as Exhibit "A".

9. The Defendant delivered the shipment at destination with damages, which after salvage were Twenty Seven Thousand Two Hundred Thirty-Three and 72/100 Dollars ($27,233.72).

10. The Defendant breached its contract of carriage by failing to deliver the cargo in the same order and condition as received and as a proximate result thereof the Plaintiff has been damaged in an amount in excess of Twenty Seven Thousand Two Hundred Thirty-Three and 72/100 Dollars ($27,233.72).

**COUNT II**

The Plaintiff realleges and repeats paragraphs 1 through 7 as if set forth herein at length and alleges further that:

11. On or about June 29, 2008 the Defendant contracted and agreed to deliver 2800 boxes of fresh green asparagus in good order and condition and as evidence of that agreement issued its Bill of Lading, MAEU 856752846 dated June 29, 2008, for container #MCHU 8513298, a copy of which is attached hereto as Exhibit "B".

12. The Defendant delivered the shipment at destination with damages which after salvage were Thirty Thousand Six Hundred Seventy Three and 23/100 Dollars ($30,673.23).

13. The Defendant breached its contract of carriage by failing to deliver the cargo in the same order and condition as received and as a proximate result thereof the Plaintiff has been damaged in an amount in excess of

Thirty Thousand Six Hundred Seventy Three and 23/100 Dollars ($30,673.23).

**WHEREFORE**, the Plaintiff, PABLO ESPINOSA PEREA, prays that this Honorable Court enter a judgment against the Defendant, AP MOELLER – MAERSK AS d/b/a MAERSK LINE, in favor of the Plaintiff in a total amount in excess of Fifty Seven Thousand Nine Hundred Six and 95/100 Dollars ($57,906.95) or as otherwise determined by this Court together with prejudgment interest, costs and such other relief as this Court may deem just and proper.

September 29, 2009
Miami, Florida

Respectfully submitted,

By: _____
MICHAEL C. BLACK, ESQUIRE
F.B.N. 0056162
e-mail: mblack@marlaw.com
CASSIDY & BLACK, P.A.
8370 West Flagler Street, Suite 252
Miami, Florida 33144
Telephone: 305-559-4962
Facsimile: 305-559-2163
*Attorneys for Plaintiff,*
*PABLO ESPINOSA PEREA*

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC: MAEU
B/L No: 856754189

Booking No: 856754189

**Shipper:**
ESPINOZA PEREA PABLO (J&P EXPORT)
AV. MALECON BERTOLOTTO 250
OF 606 SAN MIGUEL LIMA-PERU  264-9335
10090982104

**Consignee:**
VIP MARKETING INC
640 SANTA FE AVENUE LOS ANGELES CA
90021 ABEL GUTIERREZ 124 255037 1

**Notify:**
J&K FRESH 9911 INGLEWOOD AVE. SUITE
200 INGLEWOOD CA 90301 ROBERT
LEHOY(310)4198770 EXTENSION 102
(310)4198787 FAX robert@j&kfresh.com

Vessel: MAERSK VALPARAISO
Voyage: 0828
Port of Loading: Paita
Port of Discharge: Los Angeles

**PARTICULARS FURNISHED BY SHIPPER**

16280.000 KGS    40.0000 CBM

1 Container Said to Contain 2800 BOXES

FRESH GREEN ASPARAGUS
FREIGHT COLLECT

JANET MARTINEZ

MCHU8511546  MI-SA3107894  40 REEF 9'6  2800 BOXES  16280.000 KGS  40.0000 CBM
Temperature: 1.5 C
Customs Seal : A848553
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Goods shipped in refrigerated container(s) set at shipper's requested carriage temperature as per above

CY/CY

Transport Document Receivers reference JANET MARTINEZ

| Freight & Charges | Rate | Unit | Currency | Amount |
|---|---|---|---|---|
| Basic Ocean Freight | 4750.00 | Per Container | USD | 4750.00 |
| Bunker Adjustment Factor | 550.00 | Per Container | USD | 550.00 |
| Controlled Atmosphere High | 1700.00 | Per Container | USD | 1700.00 |
| Government Agency Certifica | 11.00 | Per Container | USD | 11.00 |
| Documentation Fee - Destinat | 50.00 | Per Bill of Lading | USD | 50.00 |
| Handling Charge - Destination | 200.00 | Per Container | USD | 200.00 |
| Import Chassis Usage Charge | 60.00 | Per Container | USD | 60.00 |

Place of Issue: Paita
1 Container(s)
THREE/3

Shipped on Board date: 2008-06-29

Maersk Peru S.A.

Handwritten notes: FDXK: @ 3 RIVERS  JP-CM-01-08  3 RIVERS FDM AT CPM 7/14

EXHIBIT "A"

*Fumi @ Global Pest*

F

JP-FM-07-08


**MAERSK LINE** — BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT
MAEU 856752846

Shipper:
ESPINOZA PEREA PABLO
AV. MALECON BERTOLOTO 250
OFICINA 606-SAN MIGUEL   USA
TELEFONO: 264-9338 CONTACTO:
LUIS FALCON SALAZAR

Booking No: 856752846
Export references: 0005-000316

Consignee:
VIP MARKETING INC
640 SANTA FE AVENUE LOS ANGELES
CA 90021 CONTACTO: ABEL GUTIERREZ
TELEFONO: 1242550371   USA

Notify Party:
J&J FRESH
CONTACTO: ROBERT LEHOY TELEFONO:
1-2138337784 FAX 1-21-38337759   USA

Vessel: MAERSK VALPARAISO   Voyage No: 0828
Port of Loading: Paita
Port of Discharge: Los Angeles

**PARTICULARS FURNISHED BY SHIPPER**

Weight: 14540.000 KGS    Measurement: 40.000 CBM

1 Container Said to Contain 2753 Box

FRESH GREEN ASPARGUS

FREIGHT COLLECT

MCHU5513298  ML-SA3107727  40 REEF 9'6  2753 Box  14540.000 KGS  40.000 CBM
Temperature: 1.5 C
Customs Seal: A848535
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Goods shipped in refrigerated container(s) set at shipper's requested carriage temperature as per above

CY/CY

Outward Forwarders reference PABLO ESPINOZA PEREA

| Freight & Charges | Rate | Per | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 4750.00 | Per Container | USD | | 4750.00 |
| Bunker Adjustment Factor | 550.00 | Per Container | USD | | 550.00 |
| Controlled Atmosphere High | 1700.00 | Per Container | USD | | 1700.00 |
| Government Agency Certificat | 11.00 | Per Container | USD | | 11.00 |
| Documentation Fee - Destinat | 50.00 | Per Bill of Lading | USD | | 50.00 |
| Handling Charge - Destination | 200.00 | Per Container | USD | | 200.00 |
| Import Chassis Usage Charge | 60.00 | Per Container | USD | | 60.00 |

1 container(s)
THREE/3

Place of Issue of B/L: Lima, Peru

Shipped on board date: 2008-06-29

Maersk Peru S.A.

EXHIBIT "B"

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**FILED by GME D.C.**
**SEP 29 2009**
**STEVEN M. LARIMORE**
**CLERK U.S. DIST. CT.**
**S.D. of FLA. — MIAMI**

## I. (a) PLAINTIFFS
PABLO ESPINOSA PEREA

**09-22924**

**DEFENDANTS**
AP MOELLER – MAERSK AS d/b/a MAERSK LINE

(b) County of Residence of First Listed Plaintiff: Foreign
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Michael C. Black, Esquire, CASSIDY & BLACK, P.A.
8370 W. Flagler Street, Suite 252, Miami, Florida 33144
(305) 559-4962

Attorneys (If Known)

**CIV-LENARD**
**MAGISTRATE JUDGE TURNOFF**

(d) Check County Where Action Arose: ✓ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
✓ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

09cv22924 - LENARD/TURNOFF

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ✓ NO    b) Related Cases ☐ YES ✓ NO
JUDGE                             DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

LENGTH OF TRIAL via 2-3 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** 57,906.05
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ✓ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD: *Michael C. Black*
DATE: 9/29/09

FOR OFFICE USE ONLY
AMOUNT $350.00   RECEIPT # 1009120   IFP

9/29/09